1  Stuart B. Wolfe (SBN 156471)
   Alice M. Dostalova (SBN 244513)
2  amdostalova@wolfewyman.com
   WOLFE & WYMAN LLP
3  2175 N. California Blvd., Suite 415
   Walnut Creek, CA  94596-3579
4  Telephone:  (925) 280-0004
   Facsimile:   (925) 280-0005
5
   Attorneys for Defendant
6  SELECT PORTFOLIO SERVICING, INC.

7

8              UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | DENNIS R. LARKIN,                  | Case No.:  1:09-CV-01280-OWW-DLB
12 |         Plaintiff,                 | **ORDER GRANTING MOTION TO DISMISS OF DEFENDANT AND DISMISSING ACTION**
13 | v.                                 |
14 | SELECT PORTFOLIO SERVICING, INC.   |
15 |         Defendant.                 |

16

17     The Motion to Dismiss of Defendant SELECT PORTFOLIO SERVICING, INC.

18 ("Defendant") to the Complaint filed by Plaintiff DENNIS R. LARKIN ("Plaintiff") came on

19 regularly for hearing on October 19, 2009, at 10:00 a.m. in Courtroom 3 of the above-entitled Court.

20 All appearances are noted on the record.

21     The Court, having read and considered the moving and opposing papers filed in this matter,

22 as well as the oral argument of counsel, being fully advised, and good cause appearing, ORDERS as

23 follows:

24     IT IS ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint is granted in its

25 entirety on the ground that Plaintiff has failed to state a claim upon which relief can be obtained as

26 more fully set forth in the Court's "Memorandum Decision on Defendants' Motion to Dismiss"

27 attached hereto as Exhibit A.

28 ///

1

**ORDER GRANTING MOTION TO DISMISS OF DEFENDANT**

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS FURTHER ORDERED that the Defendant's Motion to Dismiss is granted without
2 leave to amend.
3    IT IS FURTHER ORDERED that Defendant's alternative Motion for More Definite
4 Statement is Moot in light of the Court's decision on the Motion to Dismiss.
5    IT IS FURTHER ORDERED that Plaintiff's Complaint as against Defendant is dismissed in
6 its entirety and with prejudice.
7    IT IS SO ORDERED, ADJUDGED AND DEGREED.

10   Dated: November 20, 2009                         /s/ OLIVER W. WANGER
11                                                HON. OLIVER W. WANGER
                                                  UNITED STATES DISTRICT COURT JUDGE

**WOLFE & WYMAN LLP**
Attorneys & Counselors At Law

2
**ORDER GRANTING MOTION TO DISMISS OF DEFENDANT**

PDF created with pdfFactory trial version www.pdffactory.com